IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Case No.**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.  **MICHAEL ANTHONY ROMERO,**

    **Defendant.**

---

## INDICTMENT

### 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

---

The Grand Jury Charges that:

### COUNT ONE

On or about January 8, 2003, within the State and District of Colorado, defendant, **MICHAEL ANTHONY ROMERO,** did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT TWO

On or about May 31, 2006, within the State and District of Colorado, defendant, **MICHAEL ANTHONY ROMERO,** did unlawfully, knowingly and intentionally possess with intent to distribute a quantity of 500 grams or more of a mixture and substance

containing a detectable amount of cocaine, a controlled substance listed in Schedule II, Title 21, United States Code, Section 812, and the regulations enacted thereunder, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE (FORFEITURE)

In committing the felony offense alleged in Count Two of this Indictment, punishable by imprisonment for more than one year, defendant **MICHAEL ANTHONY ROMERO** shall forfeit all property constituting or derived from any proceeds obtained, directly or indirectly; and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of said controlled substance violation alleged in Count Two of this Indictment, including but not limited to: $4,405.00 in United States Currency seized from his person or his residence in Pueblo, Colorado, on or about May 31, 2006.

By virtue of the commission by this defendant of the felony offense charged in Count Two of this Indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

If the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant -

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third person;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value, or

    e.    has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

A TRUE BILL:


s/Foreperson
FOREPERSON


WILLIAM J. LEONE
UNITED STATES ATTORNEY


s/ James R. Boma
by: JAMES R. BOMA
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0216
Fax: (303) 454-0403
Email:  james.boma@usdoj.gov
Attorney for the Government