(Rev. 05/05)                                    DATE: June 2, 2006

DEFENDANT:       Michael Anthony Romero

DOB:             1958

ADDRESS:         In Custody

COMPLAINT FILED?    ___X___ YES    _____ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: 03-1033M_____

     IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __X__ YES   _____ NO

     IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:   Count One:       Possession with Intent to Distribute 500 grams or more of cocaine, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B)

          Count Two:       Possession with Intent to Distribute 500 grams or more of cocaine in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B)

LOCATION OF OFFENSE: Pueblo, Colorado

PENALTIES:

Counts One and Two:       NLT 5 years, NMT 40 years imprisonment, a fine of up to $2,000,000, or both; NLT 4 years supervised release and a mandatory $100.00 special assessment fee as to each count.

AGENT:              TFO Mark Cannon, DEA

AUTHORIZED BY:      James R. Boma
                    Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less    _____ over five days    _____ other

THE GOVERNMENT

__X__ will seek pretrial detention in this case    _____ will **not** seek pretrial detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:    _____ Yes        __X__ No