AO 442 (Rev 5/85)   Warrant for Arrest

## United States District Court

_____ DISTRICT OF ____COLORADO____

**UNITED STATES OF AMERICA**

_____ V.

**MICHAEL ANTHONY ROMERO**

# WARRANT FOR ARREST

**CASE NUMBER:   06-cr-00217-PSF**

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ and bring him forthwith to the nearest magistrate to answer an

■ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with

**Possession with intent to distribute 500 grams or more of cocaine**

in violation of Title __21__ United States Code, Section __841(a)(1) and (b)(1)(B)__.

GREGORY C. LANGHAM
Clerk, U. S. District Court
Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

6/7/06 Denver, Colorado
Date and Location

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest