IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

      Defendant.

_____

NOTICE OF APPEARANCE
OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

      The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

      Respectfully submitted,

      RAYMOND P. MOORE
      Federal Public Defender

      s/ Edward R. Harris
      Edward R. Harris
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Edward_Harris@fd.org
      Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 13, 2006, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

james.boma@usdoj.gov

                                                s/ Edward R. Harris
                                                Edward R. Harris
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                Edward_Harris@fd.org
                                                Attorney for Defendant