IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-CR-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **July 7, 2006** and responses to these motions shall be filed by **July 21, 2006**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Monday, August 7, 2006 at 10:30 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a four-day jury trial is set for **August 21, 2006 at 1:30 p.m.**

    DATED: June 16, 2006