IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL E. HEGARTY**

Courtroom Deputy: Nel Steffens      FTR: MEH AM
                                    Date: June 16, 2006
Case No.: 06-cr-00217-PSF

UNITED STATES OF AMERICA,           James Boma

      Plaintiff,

vs.

MICHAEL ROMERO,                     Adam Tucker for Harvey Steinberg

      Defendant.

_____

**ARRAIGNMENT/DISCOVERY/DETENTION HEARING**
_____

Court in session: 10:58 a.m.

Court calls case and appearances. Laura Ansart is present from Pre-trial Services. Defendant is present in custody.

DETENTION HEARING
Mr. Boma calls witness Pueblo Police Department Officer Chris Noeller who is sworn.
Direct exam by Mr. Boma.
Cross exam by Mr. Tucker.
Witness is excused.

Argument by Mr. Boma; this is a rebuttable presumption case.
Argument by Mr. Tucker.

**FINDINGS:**
Court finds that there is no condition or combination of conditions that can be imposed to reasonably assure the appearance of the defendant or the safety of the community.
**ORDERED:**
Defendant shall be detained pending further proceedings.

ARRAIGNMENT AND DISCOVERY
Mr. Tucker, on behalf of the defendant, waives reading of the Indictment and further advisement of

rights. Defendant enters a plea of not guilty to all charges.

**ORDERED:**
Court accepts defendant's plea of NOT GUILTY to all charges.

**ORDERED:** Speedy trial dates are:
30 day minimum to trial is **July 16, 2006.**
70 day maximum to trial is **August 22, 2006.**
90 day custody date is **September 11, 2006.**

**ORDERED:**
Discovery Order is signed and entered.

**ORDERED:**
Defendant is remanded to the custody of the U.S. Marshal.
Counsel sent to chambers.


Court in recess: 11:18 a.m.
Hearing concluded.
Hearing duration: 20 minutes