IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-CR-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The Motion to Withdraw (Dkt. # 9) filed by the Office of the Federal Public Defender, is GRANTED. Edward R. Harris, Assistant Federal Public Defender, is permitted to withdraw as counsel of record representing Defendant Michael Anthony Romero effective immediately. The record reflects that Harvey A. Steinberg, Esq. has been retained as private counsel in this matter.

    DATED: June 19, 2006