## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME BY WHICH TO FILE PRETRIAL MOTIONS

---

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Court for an Order granting an additional 10 days to file all pretrial motions.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. In this matter, pretrial motions are due on or before July 7, 2006.

2. Due to scheduling conflicts and court appearances of undersigned counsel he is requesting an additional 10 days to file the pre-trial motions.

3. Undersigned counsel's office conferred with Assistant United States Attorney Jim Boma and he has no objection to this motion with the agreement that any responses in this matter may be submitted to the Court on or before July 31, 2006.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 7TH DAY OF JULY, 2006.**

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME BY WHICH TO FILE PRETRIAL MOTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

s/Brenda Cruz
For Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com