IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF FILING DEADLINES

Defendant's Unopposed Motion for Extension of Time By Which to File Pretrial Motions (Dkt. # 14) is GRANTED. Defendant shall have to and including July 17, 2006 within which to file any pretrial motions. The government's responses are due July 31, 2006.

DATED: July 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge