**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

**REQUEST FOR NOTICE OF INTENT TO CALL EXPERT WITNESSES AND DISCOVERY PURSUANT TO RULE 16(a)(1)(D) and (E), Fed.R.Crim.P.**

---

The Defendant, Michael Romero, by and through his attorneys, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Honorable Court for the entry of an Order directing the Government to notify the defense of its intent to call expert witnesses pursuant to Rule 702, 703 or 705, F.R.E., and for each such expert witness, discovery as provided for in Rule 16(a)(1)(D) and (E), Fed.R.Crim.P.

AS GROUND THEREFORE, the Defendant states as follows:

1. Fed.R.Crim.P. Rule 16(a)(1)(D) states in pertinent part:

    **(D) Reports of examinations and tests.** Upon request of a defendant the Government shall permit the defendant to inspect and copy or photograph any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the Government, the existence of which is known, or by the exercise of due diligence may become known, to the attorney for the Government, and which are material to the preparation of the defense or are intended for use by the Government as evidence in chief at the trial.

2. Fed.R.Crim.P. Rule 16(a)(1)(E) states in pertinent part:

-2-

>**(E) Expert Witnesses.** At the defendant's request, the Government shall disclose to the defendant a written summary of testimony the Government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial...**The summary provide under this subdivision shall describe the witnesses' opinions, the bases and the reasons for those opinions, and the witnesses' qualifications.**  (emphasis added)

3.      The material to which defendant is entitled to pursuant to Rule 16 Fed.R.Crim.P., both with respect to scientific and other expert testimony, is essential to determine whether a challenge to the admissibility of such testimony is appropriate under either ***Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993)*** or***Kumho Tire v. Carmichael, 119 S.Ct. 1167; 1999 U.S. LEXIS 2189; 143 L.Ed.2d 238; 67 U.S.L.W. 4179 (1999).***

4.      In order to make a timely request for a hearing under ***Daubert*** or ***Kumho Tire, supra***, or for the services of a chemist or other expert witness to assist the defense, Defendant requests the Court to direct the Government to provide this information at least sixty (60) days before trial.

**WHEREFORE,** Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

**DATED THIS 17th DAY OF JULY, 2006.**

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed the foregoing **REQUEST FOR NOTICE OF INTENT TO CALL EXPERT WITNESSES AND DISCOVERY PURSUANT TO RULE 16(a)(1)(D) and (E), Fed.R.Crim.P.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

 s/Brenda Cruz
For Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com