**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

**MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609, FEDERAL RULES OF EVIDENCE**

---

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., and pursuant to the provisions of Rules 404(b) and 609 of the Federal Rules of Evidence, hereby moves this Honorable Court for the entry of an Order compelling and directing the United States Government to disclose the following information to the Court and defense counsel:

1. Any evidence the Government intends to introduce against this Defendant regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

2. Any evidence the Government intends to introduce against this Defendant pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

3. Any evidence the Government intends to introduce against any party initially charged in the Indictment herein regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the

Indictment herein;

    4.    Any evidence the Government intends to introduce against <u>any</u> party initially charged herein pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

    5.    Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the Indictment herein) regarding prior or subsequent criminal conduct and/or "bad acts" which is not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

    6.    Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged or named in the indictment herein) pursuant to Rule 404(b) and 609, F.R.E.

**WHEREFORE**, Defendant prays for the relief requested, and for such other and further relief as to the Court seem just and proper in the premises.

**DATED this 17$^t$ day of July, 2006.**

    Respectfully submitted,
    <u>s/Harvey A. Steinberg</u>
    Attorney for Michael Romero
    Springer & Steinberg, P.C.
    1600 Broadway, Suite 1200
    Denver, CO 80202
    (303)861-2800 Telephone
    (303)832-7116 Telecopier
    law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed the foregoing **MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609, FEDERAL RULES OF EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

 s/Brenda Cruz
For Harvey A. Steinberg
Attorney for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com