UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

---

**REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO RULE 807, F.R.E.**

---

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Honorable Court for the entry of an Order directing the Government to provide Defendant with notice prior to trial of any statements it intends to introduce pursuant to Rule 807, Federal Rules of Evidence.

**AS GROUNDS THEREFORE**, states as follows:

1. Rule 807, F.R.E., now contains the "residual exception" to the hearsay rule. It provides, in pertinent part:

> A statement not specifically covered by Rule 803 or 804 but having equivalent circumstantial guarantees of trustworthiness, is not excluded by the hearsay rule, if the court determines that (A) the statement is offered as evidence of a material fact; (B) the statement is more probative on the point for which it is offered than any other evidence which the proponent can procure through reasonable efforts; and (C) the general purposes of these rules and the interests of justice will best be served by admission of the statement into evidence.

2. Pre-trial notification of intent to introduce a statement under Rule 807 is essential. The rule states:

-2-

> However, a statement may not be admitted under this exception unless the proponent of it makes known to the adverse party sufficiently in advance of the trial or hearing to provide the adverse party with a fair opportunity to prepare to meet it, the proponent's intention to offer the statement and the particulars of it, including the name and address of the declarant.

3. No time period is provided for the pre-trial disclosure of statements sought to be introduced under Rule 807. Defendant requests the Court to direct the Government to provide notice of its intent to introduce statements under Rule 807, together with the particulars of the statements, including the names and addresses of the declarants, at least thirty (30) days prior to trial.

**WHEREFORE**, Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

**DATED THIS 17th DAY OF JULY, 2006.**

Respectfully submitted,
s/Harvey A. Steinberg
Attorney for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

-3-

## CERTIFICATE OF SERVICE

  I hereby certify that on July 17, 2006, I electronically filed the foregoing **REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO RULE 807, F.R.E.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

            s/Brenda Cruz
            For Harvey A. Steinberg
            Attorney for Michael Romero
            Springer & Steinberg, P.C.
            1600 Broadway, Suite 1200
            Denver, CO 80202
            (303)861-2800 Telephone
            (303)832-7116 Telecopier
            law@springer-and-steinberg.com