UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

## MOTION TO SUPPRESS STATEMENTS

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., respectfully moves this Court for an order suppressing from introduction into evidence at trial all of the following:

A. Any statements or confessions attributable to this Defendant.

As grounds in support of this Motion, Defendant states as follows:

1. Defendant's rights under *Miranda v. Arizona*, 384 U.S. 436 (1966) and the Fourth and Fifth Amendments to the United States Constitution were violated by government agents' conduct in this case.

2. Certain statements have been attributed to the Defendant. These statements were allegedly made after his arrest. The government further alleges that Defendant was advised of his *Miranda* rights and that he agreed to speak with government agents. Government agents proceeded to conduct what they referred to as an "interview" of the Defendant.

3. Defendant asserts that his liberty was restrained by police officers while he was

interrogated.  Defendant's freedom was deprived in a significant way, to the degree associated with an arrest.  Thus he was in "custody" for purposes of Miranda.  *See Berkemer v. McCarty*, 468 U.S. 420 (1984). Agents failed to scrupulously adhere to Defendant's *Miranda* rights in this case. Defendant was not properly advised of his *Miranda* rights.  Defendant did not make a valid waiver of his *Miranda* rights.  Therefore, any statements obtained in violation of Defendant's *Miranda* rights must be sup pressed from introduction into evidence in the Government's case-in-chief.

4. The statements were obtained as the result of direct or implied  promises and threats made by law enforcement officers and are thus involuntary.  *Colorado v. Connelly*, 479 U.S. 157 (1986).  Defendant's involuntary statements must be suppressed from introduction into evidence at all stages of trial.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 17TH DAY OF JULY, 2006.**

Respectfully submitted,

s/Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 17, 2006, I electronically filed the foregoing **MOTION TO SUPPRESS STATEMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

  s/Brenda Cruz
For Harvey A. Steinberg
Harvey A. Steinberg
Attorneys for Michael Romero
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com