IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

---

### ORDER REGARDING MOTIONS

This matter is before the Court on the defendant's numerous discovery motions (Dkt. ## 16-26). The government is DIRECTED to respond to these motions no later than **5:00 p.m. Tuesday, July 25, 2006.** Upon receipt of said responses, the Court will set a motions hearing if necessary.

DATED: July 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge