IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL ANTHONY ROMERO,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO
DISCLOSE AND PRODUCE *BRADY* (EXCULPATORY) MATERIAL (DOC #18)**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby responds as follows to the defendant's above-captioned motion:

    1.    The Government is fully cognizant of its obligation as delineated in *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Agurs*, 427 U.S. 97 (1976), and *Giglio v. United States*, 405 U.S. 150 (1972) and will endeavor to comply with its obligation to provide evidence that is exculpatory in nature, in mitigation of sentence or that would impeach a witness on a material issue.  The Government is aware of no such materials at this time and will supplement this response should that situation change.

    Respectfully submitted this 25th day of July, 2006,

                                WILLIAM J. LEONE
                                UNITED STATES ATTORNEY

                    By:  <u>s/ James R. Boma</u>
                         JAMES R. BOMA
                         Assistant United States Attorney
                         U.S. Attorney's Office
                         1225 17th Street, Suite 700
                         Denver, CO 80202
                         Telephone: (303) 454-0100
                         FAX: (303) 454-0401
                         E-mail: james.boma@usdoj.gov
                         Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of July, 2006, I electronically filed the **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE AND PRODUCE *BRADY* (EXCULPATORY) MATERIAL (DOC #18)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

                    s/ James R. Boma
                    JAMES R. BOMA
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    1225 17th Street, Suite 700
                    Denver, CO 80202
                    Telephone: (303) 454-0100
                    FAX: (303) 454-0401
                    E-mail: james.boma@usdoj.gov
                    Attorney for Government