IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL ANTHONY ROMERO,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR
NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE
PURSUANT TO RULE 807, F.R.E. (DOCKET ENTRY #23)**

---

The United States of America, by and through the undersigned Assistant United States Attorney, responds as follows to the defendant's above referenced motion:

1.    At this time, the government does not intend to introduce evidence pursuant to Rule 807, Federal Rules of Evidence, at trial.  Should this situation change, the defendant will be notified well in advance of trial.

Respectfully submitted this 25th day of July, 2006,

                        WILLIAM J. LEONE
                        United States Attorney

                By:  *s/ James R. Boma*
                    JAMES R. BOMA
                    Assistant United States Attorney
                    U.S. Attorney's Office
                    1225 17th Street, Suite 700
                    Denver, CO 80202
                    Telephone: (303) 454-0100
                    FAX: (303) 454-0401
                    E-mail: james.boma@usdoj.gov
                    Attorney for Government

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of July, 2006, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO RULE 807, F.R.E.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Harvey Abe Steinberg**
law@springer-and-steinberg.com
bcruz@springer-and-steinberg.com

                                              *s/ Diana L. Brown*
                                              DIANA L. BROWN
                                              U.S. Attorney's Office
                                              1225 17th Street, Suite 700
                                              Denver, CO 80202
                                              Telephone: (303) 454-0100
                                              FAX: (303) 454-0401
                                              E-mail: diana.brown@usdoj.gov

2