IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## ORDER SETTING MOTIONS HEARING

The Court, having reviewed the parties' pretrial motions, hereby

ORDERS that a hearing on these issues will be held on **Wednesday, August 9, 2006 at 8:30 a.m.** The Court has set aside one hour for this hearing. Should counsel require more time to present argument, they are directed to call the undersigned judge's chambers at least 48 hours prior to the hearing time.

DATED: July 26, 2006

                                        BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge