IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

     Defendant.

---

## ORDER RESETTING MOTIONS HEARING

---

This matter is before the Court *sua sponte*.  It is hereby

ORDERED that the motions hearing set for August 9, 2006 at 8:30 a.m. is

VACATED.  These motions will be addressed at the final trial preparation conference

currently set for **August 7, 2006 at 10:30.**  The Court has set aside one hour for this

hearing.  Should counsel require more time to present argument, they are directed to

call the undersigned judge's chambers at least 48 hours prior to the hearing time.

     DATED: July 31, 2006

                   BY THE COURT:

                   *s/ Phillip S. Figa*

                   _____

                   Phillip S. Figa
                   United States District Judge