IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

---

**ORDER GRANTING MOTION TO CONTINUE
MOTIONS HEARING AND TRIAL DATES**

---

This matter is before the Court on the defendant's Unopposed Motion to Continue Motions Hearing, Jury Trial, and Trial Preparation Conference (Dkt. # 39). The Court notes that the defendant's pretrial motions toll the calculation of time under the Speedy Trial Act, and specifically 18 U.S.C. § 3161(h)(1)(F). Given the uncontested representation regarding additional discovery in this case, the Court finds the ends of justice served by granting the motion and that the continuances requested outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8). It is, therefore, ORDERED that the Motion is GRANTED and the motions hearing/final trial preparation conference set for August 7, 2006, and the four-day jury trial set for August 21, 2006 are VACATED. It is

FURTHER ORDERED that counsel for the parties shall call Chambers (303-335-2174) no later than **Monday, August 7, 2006** to reschedule the motions hearing and trial dates.

DATED: August 1, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge