IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## ORDER RESETTING MOTIONS HEARING AND TRIAL DATES

Pursuant to a telephone conference among both counsel and Chambers staff, the following proceedings have been RESET:

| | |
|---|---|
| Motions hearing | **September 6, 2006 at 9:30 a.m.** |
| Final trial preparation conference | **October 13, 2006 at 8:30 a.m.** |
| Four-day Jury Trial | **October 23, 2006 at 1:30 p.m.** |

IT IS FURTHER ORDERED that any further pretrial motions shall be filed by August 11, 2006. Responses to such motions are due by August 22, 2006.

DATED: August 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge