IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL A. ROMERO,

    Defendant.

---

**GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST FOR
MOTIONS HEARING ON WEDNESDAY, SEPTEMBER 6, 2006, AT 9:30 A.M.**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby gives Notice of its filing of its witness list for the above-referenced hearing.

    Respectfully submitted this 5th day of September, 2006,

                                  TROY A. EID
                                  UNITED STATES ATTORNEY

                            By:  s/ James R. Boma
                                JAMES R. BOMA
                                Assistant United States Attorney
                                U.S. Attorney's Office
                                1225 17th Street, Suite 700
                                Denver, CO 80202
                                Telephone:  (303) 454-0100
                                FAX:  (303) 454-0401
                                E-mail:  james.boma@usdoj.gov
                                Attorney for Government

## CERTIFICATE OF SERVICE

   I hereby certify that on this 5th day of September, 2006, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF FILING OF WITNESS LIST FOR MOTIONS HEARING ON WEDNESDAY, SEPTEMBER 6, 2006, AT 9:30 A.M.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

            s/Lisa Vargas
            LISA VARGAS
            Legal Assistant to
            James R. Boma
            Assistant United States Attorney
            United States Attorney's Office
            1225 Seventeenth Street, Suite 700
            Denver, Colorado 80202
            Telephone:  (303) 454-0100
            FAX:  (303) 454-0409
            E-mail:  Lisa.Vargas@usdoj.gov