Judge Phillip S. Figa

Case No.  06-cr-00217-PSF        Government Exhibits      Page  1   o f   1

| Exhibit No. | Brief Description | Offer | Stip | IN | OUT | Remarks |
|---|---|---|---|---|---|---|
| 1 | Affidavit and Search Warrant 1603 Ogden, Pueblo, Colorado | | | | | Exhibit 1 to Document 36 |
| 2 | Execution of Search Warrant 1603 Ogden Avenue | | | | | Exhibit 2 to Document 36 |
| 3 | Affidavit and Search Warrant for 1200 20th Lane, Pueblo, Colorado | | | | | Exhibit 1 to Document 45 |
| 4 | Inventory for Search Warrant 1200 20th Lane, Pueblo, Colorado | | | | | Exhibit 2 to Document 45 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |