IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA

Courtroom Deputy: Bernique Abiakam        Date: September 6, 2006
Court Reporter: Darlene Martinez

Criminal Action No.  06-cr-00217-PSF

*Parties:*                                                            *Counsel:*

UNITED STATES OF AMERICA,                              Jim Boma

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,                           Harvey A. Steinberg

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**9:34 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Also present, Detective Michael Simonich and Agent Mark Cannon.

Defendant present in custody.

Preliminary remarks by the Court.

Discussion regarding a possible disposition.

**ORDER:**     Today's Motion Hearing is VACATED on reset to a Change of Plea

*06-cr-00217-PSF*
*Motions Hearing*
*September 6, 2006*

|  | Hearing on **September 28, 2006 at 10:00 a.m.** |
|---|---|

**ORDER**: The Final Pretrial Conference and The Trial dates are VACATED.

**ORDER:** Defendant remanded to the custody of the United States Marshal.

**9:39 a.m.    Court in recess/hearing concluded.**

Total in-court time: 5 minutes