IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-CR-00217-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

      Defendant's Unopposed Motion to Reset Change of Plea Hearing (Dkt. # 49) is GRANTED.  The change of plea hearing currently set for September 28, 2006 is RESET for **Friday, November 3, 2006 at 10:00 a.m.**

      DATED:  September 27, 2006