UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Court for an Order continuing the Change of Plea Hearing set on November 3, 2006, at 10:00 a.m.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. This matter was previously set for a Change of Plea Hearing on September 28, 2006.

2. At that time the Parties requested a continuance due to additional activity in the case and requested an additional 30 days to set the Change of Plea Hearing. The Court granted that request and the matter was set for November 3, 2006.

3. Due to unforeseen circumstances in a case in United States District Court at Seattle Washington (*United States of America  v. Thanh Hau, Case No. CR06-319LJR*), undersigned counsel has been ordered to attend a hearing for a Mr. Hau on November 3, 2006. The same date as this matter.  The case in Seattle involves nineteen co-defendants and undersigned counsel's presence at that hearing is necessary due to the multiple parties involved

in that matter.

4. Undersigned counsel's office discussed this matter with Assistant United States Attorney James Boma and he has no objection to the granting of this motion.

5. The Parties are requesting to contact the Clerk to set the matter for a date and time available to all parties, preferably after November 17, 2006.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 2nd DAY OF NOVEMBER, 2006.**

>Respectfully submitted,
>
>s/Harvey A. Steinberg
>Harvey A. Steinberg
>Attorneys for Michael Romero
>Springer & Steinberg, P.C.
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800 Telephone
>(303)832-7116 Telecopier
>law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

                                            s/Brenda Rodriguez
                                            For Harvey A. Steinberg
                                            Harvey A. Steinberg
                                            Attorneys for Michael Romero
                                            Springer & Steinberg, P.C.
                                            1600 Broadway, Suite 1200
                                            Denver, CO 80202
                                            (303)861-2800 Telephone
                                            (303)832-7116 Telecopier
                                            brodriguez@springer-and-steinberg.com