**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.    MICHAEL ROMERO,**

Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

Undersigned counsel, Adam Tucker, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as co-counsel on behalf of the above-named Defendant.

**DATED** this 3rd day of November, 2006.

> Respectfully submitted,
>
> s/Adam M. Tucker
> Adam M. Tucker
> Attorneys for Michael Romero
> Springer & Steinberg, P.C.
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2006, I electronically filed the foregoing **ENTRY OF APPEARANCE AS CO-COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

                               s/Brenda Rodriguez
                               For Adam M. Tucker
                               Adam M. Tucker
                               Attorneys for Michael Romero
                               Springer & Steinberg, P.C.
                               1600 Broadway, Suite 1200
                               Denver, CO 80202
                               (303)861-2800 Telephone
                               (303)832-7116 Telecopier
                               brodriguez@springer-and-steinberg.com