# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE PHILLIP S. FIGA

Courtroom Deputy: Bernique Abiakam        Date: November 3, 2006
Court Reporter: Darlene Martinez
Probation Officer: Elizabeth Oppenheimer
Interpreter: n/a

Criminal Action No.: 06-cr-00217-PSF

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Jim Boma

      Plaintiff,

v.

MICHAEL ROMERO,                               Adam M. Tucker

      Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**10:03 a.m.    Court in session.**

Appearances of counsel.

Defendant present in custody.

Opening remarks by the Court.

**ORDERED:**  **Unopposed Motion to Continue Change of Plea Hearing (Filed 11/2/06; Doc. No. 52) is DENIED as MOOT.**

**EXHIBITS:**  Court's Exhibit 1 - Plea Agreement.
Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant waives formal advisement.

*06-cr-00217-PSF*
*Change of Plea*
*November 3, 2006*

**Defendant pleads guilty to Counts One and Two of the Indictment.**

Defendant sworn.

Court reviews the Plea Agreement with defendant.

Court advises defendant of the maximum penalties.

Court explains defendant's right to a trial by jury and other constitutional rights.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**  Court's Exhibits 1 and 2 are received.

**ORDER:**  Defendant's plea is accepted and defendant is adjudged guilty of **Counts One and Two.**

**ORDER:**  Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32.

**ORDER:**  Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable, make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**  All other dates and deadlines in this case are hereby vacated.

**ORDER:**  Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**DEADLINE/SCHEDULE:**
Sentencing hearing is set for **January 22, 2007 at 8:15 a.m.** in Courtroom 602, 901 19th Street, Denver, Colorado.

**10:31 a.m.   Court in recess/hearing concluded.**

Total in-court time: 28 minutes

2