**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 06-cr-00217-PSF-01**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.  MICHAEL ANTHONY ROMERO,**

    **Defendant.**

---

**GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD
LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)**

---

COMES NOW, the United States of America, by and through its undesigned Assistant United States Attorney for the District of Colorado, and hereby moves, pursuant to the provisions of §3E1.1(b) of the Sentencing Guidelines, and application note 6 thereto, that this defendant receive a 3-level reduction for acceptance of responsibility on the grounds that the defendant timely notified the Government of his decision to enter a guilty plea and fully advised the Government of the nature of his own misconduct, thereby permitting the Government to avoid preparing for trial and permitting the Government and this Court to allocate their resources efficiently.

Respectfully submitted this 16th day of January, 2007,

        TROY A. EID
        UNITED STATES ATTORNEY


By: s/James R. Boma
    JAMES R. BOMA
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1225 17th St., Suite 700
    Denver, CO  80202
    Telephone:  (303) 454-0100
    Fax:  (303) 454-0401
    E-mail:  james.boma@usdoj.gov
    Attorney for Government

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2007, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR DEFENDANT TO RECEIVE THE THIRD LEVEL FOR ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

**Harvey Abe Steinberg**
law@springer-and-steinberg.com bcruz@springer-and-steinberg.com

**Adam Michael Tucker**
atucker@springer-and-steinberg.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner indicated:

U.S. Probation Officer Elizabeth Oppenheimer, Denver **(via Fax to 303-844-5439)**

                                                        s/ James R. Boma
                                                        JAMES R. BOMA
                                                        Assistant United States Attorney
                                                        U.S. Attorney's Office
                                                        1225 17th Street, Suite 700
                                                        Denver, CO 80202
                                                        Telephone:  (303) 454-0100
                                                        FAX:  (303) 454-0401
                                                        E-mail:  james.boma@usdoj.gov
                                                        Attorney for Government