# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

## SUPPLEMENT TO MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby supplements his prior Motion to Continue Sentencing Hearing.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. In Defendant's Motion to Continue Sentencing Hearing filed January 19, 2007 undersigned counsel failed to make clear the Assistant United States Attorney James Boma has no objection to that motion.

**WHEREFORE**, the Defendant requests his Motion to Continue Sentencing Hearing be supplemented.

**DATED THIS 19th DAY OF JANUARY, 2007.**

        Respectfully submitted,

        s/Harvey A. Steinberg
        Harvey A. Steinberg
        Attorneys for Michael Romero
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing **MOTION TO CONTINUE SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

        s/Brenda Rodriguez
        For Harvey A. Steinberg
        Harvey A. Steinberg
        Attorneys for Michael Romero
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springer-and-steinberg.com