IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## ORDER TO CONTINUE SENTENCING

This matter is before the Court on defendant's Motion to Continue Sentencing Hearing (Dkt. # 59). It is hereby

ORDERED that the sentencing hearing set for January 22, 2007 at 8:15 a.m. is CONTINUED to **Tuesday, February 20, 2007 at 11:00 a.m.**

DATED: January 22, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge