# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number 06-cr-00217-PSF

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**MICHAEL ROMERO,**

Defendant.

## UNOPPOSED MOTION TO CHANGE TIME OF SENTENCING HEARING

The Defendant, Michael Romero, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves this Court for an Order changing the time of sentencing on February 20, 2007.

**AS GROUNDS THEREFORE**, the Defendant states as follows:

1. This matter is set for sentencing on February 20, 2007 at 11:00 a.m.

2. Undersigned counsel is scheduled to appear before Judge Miller for a Change of Plea Hearing on the same date and time as this matter (*United States of America v. David Gutierrez-Burgos, Case No.06-cr-00060-WDM*). The Change of Plea Hearing on the Gutierrez-Burgos matter was set on January 8, 2007.

3. Undersigned counsel is requesting the Court to set the matter at 11:30 a.m. rather than 11:00 a.m. so that counsel may attend both hearings and fulfill both obligations.

4. Undersigned counsel's secretary spoke to Assistant United States Attorney James Boma regarding the time change and he has no objection to this request.

**WHEREFORE**, the Defendant requests this Motion be granted.

**DATED THIS 25th DAY OF JANUARY, 2007.**

                                        Respectfully submitted,

                                        s/Harvey A. Steinberg
                                        Harvey A. Steinberg
                                        Attorneys for Michael Romero
                                        Springer & Steinberg, P.C.
                                        1600 Broadway, Suite 1200
                                        Denver, CO 80202
                                        (303)861-2800 Telephone
                                        (303)832-7116 Telecopier
                                        law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the foregoing **UNOPPOSED MOTION TO CHANGE TIME OF SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jim Boma**
Email: jim.boma@usdoj.gov

                                        s/Brenda Rodriguez
                                        For Harvey A. Steinberg
                                        Harvey A. Steinberg
                                        Attorneys for Michael Romero
                                        Springer & Steinberg, P.C.
                                        1600 Broadway, Suite 1200
                                        Denver, CO 80202
                                        (303)861-2800 Telephone
                                        (303)832-7116 Telecopier
                                        law@springer-and-steinberg.com