IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00217-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL ANTHONY ROMERO,

    Defendant.

## ORDER TO CHANGE TIME OF SENTENCING

    Defendant's Motion to Change Time of Sentencing Hearing (Dkt. # 63) is GRANTED. It is hereby

    ORDERED that the sentencing hearing set for February 20, 2007 at 11:00 a.m. is RESET to Tuesday, February 20, 2007 **at 11:30 a.m.**

    DATED: January 22, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge