**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00217-WYD-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MICHAEL ANTHONY ROMERO

    Defendant.

## MOTION TO WITHDRAW AS ATTORNEY

Undersigned counsel respectfully requests this Court to enter an Order allowing Adam M. Tucker, of the law firm of Springer and Steinberg, P.C., to withdraw from the representation of the Defendant, Michael Anthony Romero.

**AS GROUNDS THEREFORE**, undersigned counsel states as follows:

1. Undersigned counsel, Adam M. Tucker, will be leaving the law firm of Springer and Steinberg, P.C. as of February 27, 2009.
2. Undersigned counsel will be employed by another law firm in Colorado.
3. The law firm of Springer and Steinberg, P.C. will continue to represent Mr. Romero and undersigned counsel's withdrawal will not affect the status of the case.

**WHEREFORE**, undersigned counsel respectfully requests this motion be granted.

**DATED** this 24th of June, 2009.

        Respectfully submitted,

        s/Adam M. Tucker
        Attorney for Defendant
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, I electronically filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses and by depositing in the Mail of the following addresses:

**Email:**
**James Boma**
James.boma@usdoj.gov

        s/Brenda Rodriguez
        For Adam M. Tucker
        Attorney for Defendant
        Springer & Steinberg, P.C.
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        brodriguez@springer-and-steinberg.com