UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00217-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL ANTHONY ROMERO,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Withdraw as Attorney, filed June 24, 2009 [#70] is **GRANTED**. Attorney Adam Michael Tucker shall be permitted to withdraw as counsel for Defendant in this case.  Defendant continues to be represented by attorney Harvey Abe Steinberg.

    Dated:  June 25, 2009