IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

United States of America vs. Michael Romero                    Criminal Action No. 06-cr-00217-WYD-01

### Petition for Early Termination of Supervised Release

COMES NOW, Robert Haberman, probation officer of the court, presenting an official report upon the conduct and attitude of Michael Romero, who was placed on supervision by the Honorable Wiley Y. Daniel sitting in the court at Denver, Colorado, on the 20th day of February, 2007, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER:  (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully,

*s/ Robert Haberman*
Robert Haberman
U.S. Probation Officer
Place:  Colorado Springs, Colorado
Date:  September 14, 2011

### ORDER OF THE COURT

After careful consideration of the probation officer's petition, it is

ORDERED that the probation officer serve this petition and order on the United States.  It is further ordered that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release.  It is further ordered that this petition and order be filed and made a part of the record in the above case.

DATED at Denver, Colorado, this 20th day of September, 2011.

s/ Wiley Y. Daniel
_____
Wiley Y. Daniel
Chief United States District Judge