IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00217-WYD-01

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    **MICHAEL ROMERO,**

    Defendant.

---

**GOVERNMENT'S RESPONSE TO PETITION FOR EARLY
TERMINATION OF SUPERVISED RELEASE (Document Number: 72)**

---

    The United States of America, by and through its undersigned Assistant United States Attorney for the District of Colorado, hereby responds to the above-captioned petition stating that the Government has no objection to the relief requested therein.

    Respectfully submitted this 20th day of September, 2011,

                              JOHN F. WALSH
                              UNITED STATES ATTORNEY

                    By:  s/ James R. Boma
                          JAMES R. BOMA
                          Assistant U.S. Attorney
                          U.S. Attorney's Office
                          1225 17th St., Suite 700
                          Denver, CO  80202
                          Telephone:  (303) 454-0100
                          Fax:  (303) 454-0401
                          E-mail:  james.boma@usdoj.gov
                          Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2011, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO PETITION FOR EARLY TERMINATION OF SUPERVISED RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Harvey Abe Steinberg
law@springersteinberg.com

I also certify that I sent the foregoing via email to the following:

Robert Haberman
U.S. Probation Officer
robert_haberman@cod.uscourts.gov

                                                  s/ Andrea K. Hough
                                                  ANDREA K. HOUGH
                                                  Office of the United States Attorney