## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00217-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL ROMERO,

        Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

      On September 14, 2011, the probation officer submitted a petition for early termination of supervised release in this case. On September 20, 2011, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 20, 2011, and on September 20, 2011, Assistant United States Attorney James Boma responded with no objection to the proposed relief. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this 26th day of September, 2011.

                                      BY THE COURT:

                                      s/ WIley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge